JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **YESENIA S. B.,** | ) | NO. CV 22-8386-KS |
| **Plaintiff,** | ) | |
| v. | ) | **JUDGMENT** |
| **KILOLO KIJAKAZI, Acting Commissioner of Social Security,** | ) | |
| **Defendant.** | ) | |

Pursuant to the Court's Memorandum Opinion and Order, IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and the above-captioned action is dismissed with prejudice.

DATE: November 8, 2023

_____
KAREN L. STEVENSON
CHIEF MAGISTRATE JUDGE